UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON AIYEBO-SKINNER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLPATH, INC. et al.,<br><br>    Defendants. | Case No. 1:20-cv-00676-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT WELLPATH TO SUBMIT ADDITIONAL INFORMATION AND DOCUMENTS |

    Brandon Aiyebo-Skinner ("Plaintiff") is a former prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On May 13, 2020, defendant Wellpath removed this case to federal court. (ECF No. 1). However, the notice of removal appears to be missing required documents, including a copy of the complaint. See 28 U.S.C. § 1446(a) ("A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.").

    Additionally, while defendant Wellpath explains why defendant Fresno County Jail did not join in the notice of removal, no explanation is provided as to defendant Steve Gustsavenson,

1

M.D.

Accordingly, IT IS HEREBY ORDERED that defendant Wellpath has fourteen days from the date of service of this order to submit the documents required by 28 U.S.C. § 1446(a) and a statement regarding why defendant Steve Gustsavenson, M.D., did not join in the notice of removal.

IT IS SO ORDERED.

Dated:   **May 18, 2020**                     /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

2