UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON AIYEBO-SKINNER,<br><br>    Plaintiff,<br><br>v.<br><br>WELLPATH, INC. et al.,<br><br>    Defendants. | Case No. 1:20-cv-00676-NONE-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE THIS ACTION |

    Brandon Aiyebo-Skinner ("Plaintiff") is a former prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. For the reasons that follow, the Court orders Plaintiff to show cause why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action.

    On May 21, 2020, the Court issued an order setting an initial scheduling conference. (ECF No. 10).[1] The order also required the parties to provide initial disclosures and to file a scheduling conference statement. (Id.).

    The Court attempted to hold the telephonic conference on the date and time ordered. The undersigned Judge and her court staff were present. Defense Counsel Jerome Varanini appeared on behalf of defendant Wellpath, Inc. However, Plaintiff failed to appear. After waiting

---

[1] The date of the scheduling conference was changed twice, and the parties were directed to appear telephonically. (ECF Nos. 11 & 12). Plaintiff was served with a copy of both orders.

approximately five minutes, the Court ended the conference due to Plaintiff's failure to appear. Plaintiff also failed to file his scheduling conference statement, and according to the representation made by defense counsel, failed to provide defense counsel with his initial disclosures. Additionally, based on a review of the docket in this case, it appears that Plaintiff has not yet served two of the defendants in this action.

Accordingly, based on the foregoing, IT IS ORDERED:

1. Plaintiff shall show cause why sanctions should not issue, up to and including dismissal of this action, because of Plaintiff's failure to prosecute this action. Plaintiff has twenty-one days from the date of service of this order to file a written response explaining why he did not attend the conference, file his scheduling conference statement, provide defense counsel with his initial disclosures, or serve two of the defendants in this action;
2. The Court will determine whether to reschedule the conference after receiving Plaintiff's response to this order; and
3. If Plaintiff does not respond to this order the Court will recommend to the assigned district judge that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __August 24, 2020__         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE