UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON AIYEBO-SKINNER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLPATH, INC., et al.,<br><br>    Defendants. | No. 1:20-cv-00676-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

    Brandon Aiyebo-Skinner ("plaintiff") is a former prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 25, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to prosecute," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 16 at 3.)

    Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper analysis.

>Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on September 25, 2020, are ADOPTED IN FULL;
2. This case is dismissed, without prejudice, because of plaintiff's failure to prosecute; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2020**

_____
UNITED STATES DISTRICT JUDGE